IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAREN KLINE,

    Plaintiff,

vs.      Civ. No. 00-495 JC/WWD

CITY OF SANTA FE, SANTA FE POLICE
DEPARTMENT, JUDGE FRANCES GALLEGOS,
OFFICER JEROME SANCHEZ, OFFICER
"JOHN DOE", name unknown, ZONING OFFICER
EDDIE GARCIA,

    Defendants.

MEMORANDUM OPINION AND ORDER

    This matter comes before the Court upon Defendants' Motion to Compel No. 1 filed October 16, 2000 [docket no. 48]. I have carefully read the submissions of the parties, and I am unable to reach a conclusion as to when Plaintiff may have been served with Defendants' first set of requests for production. At least part of my confusion is caused by the failure of Attorney Robles to acknowledge receipt of the letter allegedly sent him by Plaintiff on October 12, 2000, in response to his letter of October 10, 2000. The requests for production appear to be relatively routine requests and I will require that the materials sought in Requests Nos. 1-13 be produced on or before December 21, 2000; provided, however, that this production does not include the executing of a consent to release employment information (contained in Request for Production No. 5), execution of IRS Form 4506 (Request for Production No. 8), or execution of a Consent to Release Educational Information and Documents (Request for Production No. 12). Under

-1-

D.N.M. LR-Civ. 26.3(d)(3), Plaintiff is required to execute the medical authorization release form sent to her by Defendants.  In the circumstances here presented, I will impose no sanctions against Plaintiff.  I do not have before me the requests for ad missions referred to in the pleadings as required by D.N.M. LR-Civ. 37.1; accordingly, I do not address any question involving those requests.

Discovery shall proceed in accordance with the foregoing.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE