IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KAREN KLINE,

        Plaintiff,

vs.   Civ. No. 00-495 JC/WWD

CITY OF SANTA FE, SANTA FE POLICE
DEPARTMENT, JUDGE FRANCES GALLEGOS,
OFFICER JEROME SANCHEZ, OFFICER "JOHN
DOE", name unknown, ZONING OFFICER EDDIE
GARCIA,

        Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Defendants' Motion to Extend the Discovery Deadline Until After Kline Produces Her Medical Records/Release to Allow City Defendants to Take the Depositions of Kline's Medical Care Providers [docket no. 71]. The motion was filed December 4, 2000. No response to the motion has been filed. Plaintiff has failed to provide to Defendants certain information and/or releases which would enable them to proceed with discovery. Accordingly, the instant motion is well taken.

**WHEREFORE,**

**IT IS ORDERED** that the discovery deadline in this cause is extended until February 28, 2001.

**IT IS FURTHER ORDERED** that Defendants shall notify the undersigned as to when the necessary responses and releases are received from Plaintiff; or, failing that, shall seek to extend the discovery deadlines or file such other motions as might be appropriate.

_____
UNITED STATES MAGISTRATE JUDGE